TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blved., Suite 200-192
Phoenix, AX 85028
Telephone:  (480) 247-9644
Fax:  (480) 717-4781
Email:  tkent@lemberglaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| Michael Bonham, <br><br>            Plaintiff, <br><br> vs. <br><br> DIRECTV LLC., <br><br>            Defendant. | CASE NO. 2:17-cv-00567-JAK-AS <br><br> **STIPULATION REGARDING A STAY PENDING ARBITRATION** |

1    Plaintiff Michael Bonham ("Bonham") and Defendant DIRECTV, LLC
2 ("DIRECTV") respectfully stipulate as follows:

3    1.    Counsel for Bonham and DIRECTV have met and conferred regarding
4 the Complaint filed in this matter and DIRECTV's responsive pleading.

5    2.    As a result of that meet and confer process, DIRECTV and Bonham
6 have stipulated that all of the claims brought in this matter are subject to mandatory
7 arbitration as provided for in DIRECTV's customer service agreement with
8 Bonham.

9    3.    The parties have furthered stipulated that this matter shall be stayed
10 pursuant to 9 U.S.C. § 3 while any claims are pursued in arbitration.

11    WHEREFORE the parties request that an order be entered staying this case
12 while any claims are pursued in arbitration.

13 Dated: February 17, 2017                      Michael Bonham

14

15                                              By: /s/ Trinette Kent

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Trinette Kent, an attorney, do hereby declare under penalty of perjury that on February 17, 2017, I caused a copy of the foregoing document to be served upon the attorneys of record by causing it to be filed through the court's electronic filing system.


Dated: February 17, 2017                    Michael Bonham


                                            By:  /s/ Trinette Kent

                                            Trinette Kent, Esq.